RICHARD W. STOVER, ISB# 6801
EBERLE, BERLIN, KADING, TURNBOW
 & McKLVEEN, CHTD.
1111 West Jefferson Street, Suite 530
P.O. Box 1368
Boise, ID 83701-1368
Telephone: (208) 344-8535
Facsimile: (208) 344-8542

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL A. WILLIAMSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>RECON TRUST COMPANY, N.A. and BAC HOME LOANS SERVICING, LP,<br><br>　　　　　　　　　　Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO; PLAINTIFF DANIEL A. WILLIAMSON, AND HIS ATTORNEY OF RECORD HEREIN:

Defendants Recon Trust Company, N.A. ("Recon Trust") and BAC Home Loans Servicing, LP ("BAC") (collectively the "BAC Defendants") by and through their undersigned counsel, and pursuant to 28 U.S.C. § 1441 and 1446, hereby removes the action described below to the United States District Court for the District of Idaho, and in support thereof, state as follows:

　　1.　　On or about November 1, 2010, plaintiff Daniel A. Williamson ("Plaintiff") filed a complaint ("Complaint") in the District Court of Shoshone County, Idaho, captioned *Daniel A. Williamson v. Recontrust Company, N.A. and BAC Home Loans Servicing, LP*, Case Number CV

**NOTICE OF REMOVAL OF CASE TO FEDERAL COURT – 1**
00200588.000

2010-750. *See* Complaint and summons attached hereto as **Exhibit A**. Defendants were personally served a copy of the summons and Complaint on or about November 23, 2010. The Complaint names Recon Trust and BAC as defendants. *Daniel A. Williamson v. Recontrust Company, N.A. and BAC Home Loans Servicing, LP* is a civil action in which Plaintiff seeks to recover against Defendants relative to the non-judicial foreclosure of Plaintiff's real property. *See generally* Ex. A.

2. The United States District Court for the District of Idaho has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331 because the plaintiff asserts claims for relief against the BAC Defendants under the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601, *et. seq.* and the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, *et seq. See* Ex. A, ¶ 12.

3. The Court has supplemental jurisdiction over plaintiff's state-law claims under 28 U.S.C. § 1367(a), because the state and claims arise from the same case or controversy, namely the alleged RESPA and TILA violations.

4. This Notice is timely under 28 U.S.C. § 1446(b) because it is being field within 30 days after receipt of the initial pleading by the BAC Defendants.

5. There are no other defendants in this matter and thus all defendants who may properly join this Notice of Removal have done so.

6. In compliance with 28 U.S.C. § 1446(d) and Dist. Idaho Loc. Civ. R. 81.1, the BAC Defendants are attaching hereto as **Exhibit B** a copy of the complete state court docket sheet as of the time of removal as well as copies of all process, pleadings, and orders served on or by BAC Defendants in the state court action. Additional BAC Defendants will file a copy of this Notice of Removal with the clerk of the Shoshone County District Court, in the First Judicial District of the State of Idaho, and give written notice to all adverse parties.

**NOTICE OF REMOVAL OF CASE TO FEDERAL COURT – 2**
2731-5/00200588.000

7. Pursuant to 28 U.S.C. § 1446, the state court action which was commenced in the First Judicial District of the State of Idaho, in and for the County of Shoshone, may be removed to the United States District Court for the District of Idaho.

8. Proper notice will be given this date to the Plaintiff herein, by and through his attorney of record, and to the Clerk of the District Court of the First Judicial District of Idaho, in and for the County of Shoshone; a true and correct copy of the Notice is attached hereto as **Exhibit C**, and by this reference incorporated herein as if set forth in full.

WHEREFORE, BAC Defendants pray that the above-referenced action pending against them in the District Court of the First Judicial District of the State of Idaho, in and for the County of Shoshone, be removed to this Court.

Dated this 13th day of December, 2010.

EBERLE, BERLIN, KADING, TURNBOW & MCKLVEEN, CHTD.

Richard W. Stover
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2010, a true and correct copy of the foregoing document was served upon the following attorney(s) in the manner indicated:

| | |
|---|---|
| John J. Rose, Jr., PC<br>708 W Cameron Avenue<br>Kellogg, ID 83837 | [ ] First Class Mail<br>[ ] Hand Delivery<br>[ ] Facsimile<br>[ ] Overnight Delivery<br>[x] ECF |

_____
RICHARD W. STOVER

**NOTICE OF REMOVAL OF CASE TO FEDERAL COURT – 4**
2731-5/00200588.000